**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7001**

---

ANTHONY DOVE,

       Plaintiff - Appellant,

    v.

DR. BROADWELL; NURSE MUSSARI; FAYE E. DANIELS; PAULA SMITH,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:18-ct-03143-D)

---

Submitted:  June 10, 2025                        Decided:  June 26, 2025

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Dove, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dove appeals the district court's order denying Dove's motions under Fed. R. Civ. P. 60 and for injunctive relief.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Dove v. Broadwell*, No. 5:18-ct-03143-D (E.D.N.C. Oct. 2, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*